assert a debt due and owing to the Unions, any implied contracts with the Unions would be insufficient in the circumstances to authorize the Trustees to file mechanics' liens to secure the union workers' benefits.

In summary, we conclude that the union workers were not subcontractors, and the Trustees, by corollary in their representative capacity, were not entitled to file a lien claim on the workers' behalf. Although the 1963 Act is intended to protect subcontractors who suffer harm occasioned by the primary contractor's failure to meet its obligations, we have determined that the Legislature did not intend the term "subcontractor" to subsume employees of the primary contractor. Furthermore, the Superior Court erred in overturning the demurrers based on an implied-in-fact contract theory.

The order of the Superior Court is reversed, and the case is remanded for reinstatement of the county court's order sustaining Developer's preliminary objections in the nature of a demurrer.

Former Justice ORIE MELVIN did not participate in the decision of this case.

Chief Justice CASTILLE, Justices EAKIN, BAER, TODD and McCAFFERY join the opinion.

In re Condemnation by the REDEVELOPMENT AUTHORITY OF LAWRENCE COUNTY, Pennsylvania, In Fee Simple, Absolute Title, of Land of David C. Hamilton, Situate in Neshannock Township, Lawrence County, Pennsylvania, Being Parcel I.D. # 25–168200, for The Millennium Park Redevelopment Project.

Appeal of Redevelopment Authority of Lawrence County.

In re Condemnation by the Redevelopment Authority of Lawrence County, Pennsylvania, in Fee Simple, Absolute Title, of Land of Thomas R. and Christie Whittaker, Situate in Neshannock Township, Lawrence County, Pennsylvania, Being Parcel I.D. # 25–168201 And 25–438301, for the Millennium Park Redevelopment Project.

Appeal of Redevelopment Authority of Lawrence County.

In re Condemnation by the Redevelopment Authority of Lawrence County, Pennsylvania, in Fee Simple, Absolute Title, of Land of David C. Hamilton, Situate in Neshannock Township, Lawrence County, Pennsylvania, Being Parcel I.D. # 25–168200, for the Millennium Park Redevelopment Project.

Appeal of Redevelopment Authority of Lawrence County.

In re Condemnation by the Redevelopment Authority of Lawrence County, Pennsylvania, in Fee Simple, Absolute Title, of Land of Thomas R. and Christie L. Whittaker, Situate in Neshannock Township, Lawrence County, Pennsylvania, Being Parcel I.D. # 25–168201 and 25–438301, for the Millennium Park Redevelopment Project.

Appeal of Redevelopment Authority
of Lawrence County.

Supreme Court of Pennsylvania.

Argued April 9, 2014.

Decided April 22, 2014.

Samuel P. Kamin, Esq., David Alan Wolf, Esq., Goldberg, Kamin & Garvin, for Redevelopment Authority of Lawrence County.

Michael K. Parrish, Esq., for Estate of David C. Hamilton, et al.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, MCCAFFERY, STEVENS, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 22nd day of April, 2014, the orders of the Commonwealth Court are hereby **AFFIRMED.**

---

In re the Nomination Petition of Matthew P. BARCZAK as Candidate for State Representative in the 73rd Legislative District.

**Appeal of Matthew P. Barczak.**

Supreme Court of Pennsylvania.

April 22, 2014.

Kathleen Marie Kotula, Esq., PA Department of State, for Department of State.

Adam Craig Bonin, Esq., Philadelphia, for Matthew P. Barczak.

Lawrence M. Otter, Esq., Harrisburg, for James Rice and Doris Kozak.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, MCCAFFERY, STEVENS, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 22nd day of April, 2014, the Order of the Commonwealth Court is hereby AFFIRMED.